① 

16 April 2025

CASE # 1:25-cv-00701-SLS
Jane Doe vs. Administrative Office
of the U.S. Courts et al

I am appealing your April 15, 2025 dismissal to a higher court.

I have never seen such a dishonest and dangerous abuse of judicial power. You said I failed to state facts - yet I gave you names, dates, laws, trauma and evidence.

You said my complaint lacked clarity - yet it was clear enough to expose Federal misconduct, Retraumatization, denial of access, and the cover-up of Judicial harm. Under Haines v. Kerner 404 U.S. 519 (1972), and Erickson v. Pardus, 551 U.S. 89 (2007), this court was required to liberally construe my pro se civil rights complaint; not erase it! You ignored Bounds v. Smith, 430 U.S. 817 (1977), which guarantees meaningful access to the courts, and Mathews v. Eldridge, 424 U.S. 319 (1976), which demands fair process before the government causes harm!

RECEIVED
APR 16 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

② You erased a disabled veteran's account of rape, mental health abuse, and obstruction of justice. You did it without even acknowledging the truth in front of you!

You ignored black-letter law! Basic pleading standards, and the actual words on the page. You didn't just dismiss my case, you lied about it. Then you tried to sheild that lie behind doctrines of Judicial & Sovereign immunity, ignoring Ex parte Young, 209 U.S. 123 (1908), which explicitly allows suits for ongoing constitutional violations by government officials, and Bivens v. Six Unknown Agents, 403 U.S. 388 (1971), which permits federal actors to be held accountable for constitutional harm!

3. You said it was "devoid of merit," that is FALSE! What is devoid of merit is the courts refusal to protect me, in direct violation of Haines v. Kerner! The Supreme Court has made clear that access to courts is a protected constitutional right. Your failure to engage



my claims meaningfully meaningfully also violates Bounds Vs Smith, 430 U.S. 817 (1977), And Wolff V. McDonnell, 418 U.S. 539 (1974)

Judge Sparkle L. Sooknanan, you called my complaint "Rambling." That is not a legal standard. You insulted me. I gave you Evidence, Names, Trauma Facts. I cited constitutional violations. You tried to erase me. You Raped me with the phallus of Injustice And punished me for defending myself. Thats not Justice. Thats misconduct. You've erased my case and mischaracterized my claims and me. I wasn't Rambling. I was invoking my rights. And you Violated them.

Your Ruling isn't just Factually, and Lawfully incorrect — It is Dangerous. It creates a chilling effect on the constitutional Right of Access to the courts, in violation of United States Vs Guest, 383 U.S. 745 (1966) & Bounds v. Smith, 430 U.S. 817 (1977). It tells America, Its immigrants, our Allies, disabled veterans, Survivors, children; that If they Speak up, they will be erased! That is Not Law! that is Suppression!

I am not giving up.

Judicial Immunity is not a blank check to distort the law or erase the TRuth! When a Judge ABandons her role as a Neutral decision-maker and deliberately misrepresents a Trauma Survivor's complaint to shield government Actors From Accountability, that is not an official act of a Judge; that is OBStruction! It Falls outside of the protection of Judicial Immunity. As established in Stump Vs. Sparkman, 435 U.S. 349 1978, Judges are not immune when they act in the complete Absence of jurisdiction. Your dismissal wasn't law. It was an Abuse of Power!

In Forrester V. White, the Supreme Court made clear that Judicial immunity doesn't Apply to Non Judicial Acts! including admin decisions, Access Obstruction, or procedural misconduct! Refusing to Appropriately process my filings, mischaracterizing my complaint, clerks clapping, bullying, and putting my Rape on a clocket were Abuses of office! ex parte communication (proven) is not immune From punishment! These were Abuses of office, Acts of power, Not law! And they are not protected!!

What you did was more than a legal error. It was a Betrayal of the Constitution, of your oath, and every person who comes to this courthouse hoping the law still matters.

You aren't protecting the law. You are punishing me for Defending myself. For not being an Attorney. For being mentally ill but still Still standing up for myself. I Refuse to be silent about rape, Retaliation and obstruction. You called that "rambling." You called that "devoid," of merit. But what you really meant was incoveneint. Forrester V. White, Stump V. Sparkman & Bounds V. Smith all make clear. Power has limits. Immunity has limits.

Survivors have rights. What you did wasn't Juicial. It was personal. I will fight, broken, battered, wounded And hurt. My Five children and my husband And the world Need to Know... America is beautiful because we defend the Constitution and hold All Accountable. We Are the United States... we give Justice to the weak. We Stand up For those who need to be protected. History will Remember your Revisionist Ruling. I dissent. I survive!

Jane Doe
16 April 2025